Bruce W. Brewer, OSB No. 92558
Internet E-mail Address: btownlaw@yahoo.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| JEFF KELLEY, | CIVIL CASE NO. 04-781-HA |
| Plaintiff, | |
| | ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| vs. | |
| JO ANNE BARNHART,<br>Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,248.40 are awarded directly to Plaintiff's attorney, Bruce Brewer, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs and expenses to be paid herein.

DATED this 30th day of Sept, 2005

_____
United States District Judge

1 - ORDER FOR EAJA FEES

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff